UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN DION MORGAN, | ) | Case No. CV 08-4784-RSWL (OP) |
| Petitioner, | ) ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) ) | |
| JOHN MARSHALL, Warden. | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1   IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2   Report and Recommendation; and (2) directing that Judgment be entered denying the
3   First Amended Petition and dismissing this action with prejudice..

5   DATED: October 25, 2010

   RONALD S.W. LEW
   _____
   HONORABLE RONALD S. W. LEW
   Senior United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge