JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DION MORGAN,<br><br>              Petitioner,<br><br>       v.<br><br>JOHN MARSHALL, Warden,<br><br>              Respondent. | Case No. CV 08-4784-RSWL (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: October 25, 2010

RONALD S.W. LEW
_____
HONORABLE RONALD S. W. LEW
Senior United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge